JAMES H. WASHINGTON INSURANCE AGENCY, APPELLANT, *v.*
NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *James H. Washington Ins. Agency v. Nationwide
Mut. Ins. Co.* (1994), 71 Ohio St.3d 1203.]

(No. 93–1002—Submitted October 11, 1994—Decided November 16, 1994.)

---

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, Joel Levin*
and *James T. Schumacher,* for appellant.

*Arter & Hadden, Irene C. Keyse–Walker* and *John T. Doheny,* for appellee.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and
PFEIFER, JJ., concur.